UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-207 |
| MIGUEL GAMEZ | SECTION "G" |

## ORDER

Before the Court is a pro se motion seeking compassionate release filed by Defendant Miguel Gamez ("Gamez").[1] Considering that Gamez has previously been determined to be entitled to appointment of counsel[2] and pursuant to the Criminal Justice Act,[3]

**IT IS HEREBY ORDERED** that the Office of the Federal Public Defender for the Eastern District of Louisiana ("Federal Public Defender") is appointed to represent Defendant Miguel Gamez in pursuing the instant pro se motion for compassionate release.

**IT IS FURTHER ORDERED** that the United States shall file a response to the motion on or before December 31, 2020 at 5:00 PM.

**IT IS FURTHER ORDERED** that the Federal Public Defender shall file a supplemental reply brief on or before January 7, 2021 at 5:00 PM.

**NEW ORLEANS, LOUISIANA,** this ___22nd___ day of December, 2020.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 88.

[2] Rec. Doc. 26.

[3] 18 U.S.C. §§ 3006A(a)(1) and (c).